**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO RAMON RAMIREZ SARATE,

Petitioner,

v. No. 2:26-cv-1214-DHU-DLM

OTERO COUNTY PROCESSING CENTER, *et al*,

Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE